# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 06/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | Public Contract Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | General Electric Co. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   YUM Common Stock | A | Dividend | J | T | | | | | |
| 2.   U.S. Senate F.C.U. Accounts | B | Int./Div. | M | T | | | | | |
| 3.   Fidelity Joint Brokerage Account (H) | | | | | | | | | |
| 4.   - Fidelity cash account (FDRXX) | A | Interest | M | T | | | | | |
| 5.   - Fidelity NASDAQ Comp Index (FNCMX) | A | Dividend | K | T | | | | | |
| 6.   - Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |
| 7.   - General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 8.   - Fidelity Total Market Index Fund (FSKAX) | C | Dividend | M | T | | | | | |
| 9.   - Fidelity Emerging Markets Index Inst'l Premium Fund (FPADX) | A | Dividend | K | T | | | | | |
| 10.   - Anheuser-Busch InBev (BUD) | A | Dividend | J | T | | | | | |
| 11.   - Pepsico, Inc (PEP) | A | Dividend | J | T | | | | | |
| 12.   - Fidelity Advisor Int'l Growth Class Z (FZAJX) | A | Dividend | K | T | Buy (add'l) | 07/22/19 | J | | |
| 13.   - Fidelity Value Discovery (FVDFX) | B | Dividend | K | T | Sold (part) | 01/22/19 | K | | |
| 14. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 15. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 16.   - Causeway Emerging Mrkts Fd Inv Cl (CEMVX) | A | Dividend | K | T | Buy (add'l) | 06/04/19 | J | | |
| 17. | | | | | Sold (part) | 07/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 19. - Mainstay Mackay Tax Free Bond Class A (MTBAX) | A | Dividend | J | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 20. - Templeton Global Bond Class A (TPINX) | A | Dividend | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 21. | | | | | Sold<br>(part) | 06/04/19 | J | | |
| 22. | | | | | Sold | 06/25/19 | J | | |
| 23. - iShares Inc Core MSCI Emerging Mkts (IEMG) | A | Dividend | K | T | | | | | |
| 24. - Fidelity Overseas (FOSFX) | A | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 25. - Strategic Advisers Tax-Sensitive Short Duration Fund (FGNSX) | A | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 26. | | | | | Sold<br>(part) | 06/04/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 29. | | | | | Sold<br>(part) | 08/12/19 | J | A | |
| 30. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 32. - Fidelity SAI Tax Free Bond Fund (FSAJX) | A | Dividend | L | T | Buy<br>(add'l) | 04/04/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 07/22/19 | K | | |
| 36. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 37.   - Blackrock National Muni Fund Class A (MDNLX) | A | Dividend | K | T | Buy<br>(add'l) | 04/04/19 | J | | |
| 38. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 39. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/22/19 | K | | |
| 41.   - William Blair Int'l Growth Class N (WBIGX) | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 42.   - Causeway Int'l Value Investor (CIVVX) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 43. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 44.   - JP Morgan Mid Cap Value Fund Class I (JMVSX) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 46. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 47.   - Oakmark Int'l Investor Cl (OAKIX) | A | Dividend | K | T | Sold<br>(part) | 01/22/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 49.   - iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Sold<br>(part) | 01/23/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 08/13/19 | K | | |
| 51. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - iShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Sold<br>(part) | 01/23/19 | K | | |
| 53. | | | | | Buy<br>(add'l) | 07/23/19 | K | | |
| 54. | | | | | Sold<br>(part) | 10/04/19 | J | | |
| 55.  - iShares Trust S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | J | T | Sold<br>(part) | 06/26/19 | J | A | |
| 56. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 57. | | | | | Sold<br>(part) | 10/04/19 | J | | |
| 58.  - iShares Trust EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 60.  - iShares Edge MSCI Min Vol EAFE ETF (EFAV) | A | Dividend | J | T | | | | | |
| 61.  - iShares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | L | T | Sold<br>(part) | 01/23/19 | K | | |
| 62. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/23/19 | K | | |
| 64. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 65.  - iShares Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | K | | |
| 66. | | | | | Sold<br>(part) | 06/26/19 | J | A | |
| 67.  - iShares Trust Core MSCI EAFE ETF (IEFA) | B | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 68. | | | | | Sold<br>(part) | 06/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 70. - MFS Int'l Intrinsic Value Fund Class A (MGIAX) | A | Dividend | J | T | Buy (add'l) | 07/22/19 | J | | |
| 71. | | | | | Sold (part) | 12/17/19 | J | A | |
| 72. - Mainstay MacKay High Yield Muni Bond Class A (MMHAX) | A | Dividend | K | T | Buy (add'l) | 07/22/19 | J | | |
| 73. - Invesco Oppenheimer Developing Markets R6 (ODVIX) | A | Dividend | J | T | | | | | |
| 74. - T Rowe Price VA Tax Free Bond (PRVAX) | A | Dividend | L | T | Buy (add'l) | 01/22/19 | J | | |
| 75. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 76. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 77. | | | | | Buy (add'l) | 07/22/19 | K | | |
| 78. - SPDR Index SHS Fds S&P Global Natural Resources ETF (GNR) | A | Dividend | | | Sold (part) | 06/05/19 | J | | |
| 79. | | | | | Sold (part) | 06/26/19 | J | A | |
| 80. | | | | | Sold | 07/23/19 | J | A | |
| 81. - Wells Fargo Muni Bond Fund Admin Class (WMFDX) | A | Dividend | K | T | | | | | |
| 82. - Fidelity Large Cap Stock (FLCSX) | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 83. | | | | | Sold (part) | 06/25/19 | J | A | |
| 84. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 85. - Fidelity Growth Co. (FDGRX) | A | Dividend | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 87. | | | | | Sold<br>(part) | 10/03/19 | J | | |
| 88.   - Fidelity Blue Chip Growth (FBGRX) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 89.   - Fidelity Blue Chip Value (FBCVX) | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 90. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 91.   - LSV Value Equity Fund Investor<br>(LVAEX) | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 92. | | | | | Sold | 06/04/19 | K | | |
| 93. | | | | | Buy | 10/03/19 | K | | |
| 94.   - Dodge & Cox Intl. Stock Fund (DODFX) | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 95. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 96. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 97.   - Oakmark Fund Investor Class (OAKMX) | C | Dividend | K | T | Buy | 01/22/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 99. | | | | | Buy<br>(add'l) | 07/22/19 | K | | |
| 100. | | | | | Sold<br>(part) | 10/03/19 | K | | |
| 101.   - Janus Henderson Enterprise T (JAENX) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 102.   - Loomis Sayles Growth Class Y/A<br>(LGRRX) | A | Dividend | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 104. | | | | | Sold<br>(part) | 10/03/19 | J | | |
| 105.   - Primecap Odyssey Growth Fund (POGRX) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 106.   - T Rowe Price New Era (PRNEX) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 107.   - T Rowe Price Emerging Markets Stock Fund I (PRZIX) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 108. | | | | | Buy | 08/12/19 | J | | |
| 109. | | | | | Sold<br>(part) | 10/03/19 | J | | |
| 110.   - T Rowe Price Intl. Bond Fund I Class (RPISX) | A | Dividend | | | Buy | 06/04/19 | J | | |
| 111. | | | | | Sold | 07/09/19 | J | A | |
| 112.   - Transamerica Intl. Equity Cl I (TSWIX) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 113.   - Flexshares Trust Morningstar Global Upstream Nat Res Idx (GUNR) | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 115. | | | | | Sold<br>(part) | 10/04/19 | J | | |
| 116.   - iShares S&P SmallCap 600 Value (IJS) | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 117.   - iShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | K | T | Buy | 10/04/19 | J | | |
| 118.   - iShares Tr US Treas Bd ETF (GOVT) | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 119. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Aberdeen Emerging Markets Fund Institutional Class (ABEMX) | | None | | | Buy | 07/22/19 | J | | |
| 121. | | | | | Sold | 10/03/19 | J | | |
| 122. - DWS Managed Muni Bond Fund Class S (SCMBX) | A | Dividend | | | Buy | 06/25/19 | J | | |
| 123. | | | | | Sold | 08/12/19 | J | A | |
| 124. - JPMorgan U.S. Large Cap Core Plus Fund Class I (JLPSX) | C | Dividend | | | Buy | 01/22/19 | K | | |
| 125. | | | | | Sold | 08/12/19 | K | | |
| 126. - Fidelity Government Money Market (SPAXX) | C | Interest | J | T | | | | | |
| 127. - iShares Core S&P U.S. Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 128. - iShares Russell 3000 ETF (IWV) | A | Dividend | K | T | | | | | |
| 129. - iShares Tr MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 130. Fidelity Rollover IRA #3 (H) | | | | | | | | | |
| 131. - iShares Core S&P 500 ETF Index (IVV) | A | Dividend | K | T | | | | | |
| 132. - iShares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | | | | | |
| 133. - iShares Tr Russell Mid-Cap ETF (IWR) | A | Dividend | J | T | | | | | |
| 134. - iShares Tr Short-Term Corporate Bond ETF (IGSB) | A | Dividend | J | T | | | | | |
| 135. - iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 136. - iShares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Vanguard Bd Index Fund Inc Total Bond Market ETF (BND) | A | Dividend | J | T | | | | | |
| 138. - Vanguard Intl. Equity Index Fund FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 139. - Vanguard Index Funds Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 140. - Vanguard Scottsdale Fds Intermediate Term Corporate Bd Index (VCIT) | A | Dividend | J | T | | | | | |
| 141. - Invesco Exchange Trd Slf Idx Fd BulletShares 2021 Corp Bond (BSCL) | A | Dividend | J | T | | | | | |
| 142. - PIMCO ETF Tr Active Bond ETF (BOND) | A | Dividend | J | T | | | | | |
| 143. - SSGA Active ETF Tr SPDR Tot Return Tactical (TOTL) | A | Dividend | J | T | | | | | |
| 144. - iShares Tr Floating Rate NT ETF (FLOT) | A | Dividend | J | T | | | | | |
| 145. - PIMCO ETF Trust Enhanced Short Maturity Active ETF USD (MINT) | A | Dividend | J | T | | | | | |
| 146. - WisdomTree Tr US MidCap Dividend ETF (DON) | A | Dividend | J | T | | | | | |
| 147. - Fidelity Government Money Market (SPAXX) | A | Interest | J | T | | | | | |
| 148. Fidelity IRA #1 (H) | | | | | | | | | |
| 149. - Strategic Advisers Fidelity Intl Fund (FUSIX) | B | Dividend | K | T | Buy (add'l) | 08/15/19 | J | | |
| 150. | | | | | Sold (part) | 09/25/19 | J | A | |
| 151. | | | | | Sold (part) | 10/30/19 | J | A | |
| 152. | | | | | Sold (part) | 12/31/19 | J | B | |
| 153. - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Sold (part) | 01/31/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 06/26/19 | J | A | |
| 155. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 156. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 157. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Sold<br>(part) | 08/15/19 | J | | |
| 158. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 159. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 160. - Fidelity Select Natl Resources (FNARX) | | None | | | Sold<br>(part) | 01/10/19 | J | | |
| 161. | | | | | Sold<br>(part) | 01/17/19 | J | | |
| 162. | | | | | Sold<br>(part) | 01/24/19 | J | | |
| 163. | | | | | Sold | 01/31/19 | J | A | |
| 164. - Fidelity Total Market Index Fund (FSKAX) | A | Dividend | J | T | Sold<br>(part) | 10/30/19 | J | A | |
| 165. | | | | | Sold<br>(part) | 12/31/19 | J | A | |
| 166. - Strategic Advisers Fidelity Emerging Markets Fund (FGOMX) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 169. | | | | | Sold<br>(part) | 10/30/19 | J | A | |
| 170. | | | | | Sold<br>(part) | 12/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Strategic Advisers Fidelity Total Stock Fund (FCTDX) | D | Dividend | M | | Sold (part) | 01/10/19 | J | | |
| 172. | | | | | Sold (part) | 03/06/19 | J | A | |
| 173. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 174. | | | | | Sold | 10/30/19 | J | A | |
| 175. | | | | | Sold (part) | 12/09/19 | J | A | |
| 176. | | | | | Sold (part) | 12/31/19 | K | C | |
| 177.  - Fidelity Advisor High Income Advantage Fund Class I (FAHCX) | A | Dividend | | | Sold (part) | 02/11/19 | J | A | |
| 178. | | | | | Sold (part) | 05/13/19 | J | A | |
| 179. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 180. | | | | | Sold | 09/25/19 | J | A | |
| 181.  - Strategic Advisers Fidelity Core Income Fund (FIWGX) | B | Dividend | L | T | Buy (add'l) | 01/17/19 | J | | |
| 182. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 183. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 184. | | | | | Sold (part) | 08/26/19 | J | A | |
| 185. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 186. | | | | | Sold (part) | 10/30/19 | J | | |
| 187. | | | | | Sold (part) | 11/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 189. | | | | | Buy (add'l) | 12/31/19 | K | | |
| 190. - Fidelity SAI Inflation Focused Fd (FIFGX) | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 191. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 192. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 193. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 194. | | | | | Sold (part) | 09/25/19 | J | | |
| 195. | | | | | Sold (part) | 10/30/19 | J | | |
| 196. | | | | | Sold (part) | 12/09/19 | J | | |
| 197. | | | | | Sold (part) | 12/31/19 | J | A | |
| 198. - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 199. - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 200. - Fidelity Capital & Income (FAGIX) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 201. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 202. | | | | | Sold (part) | 10/30/19 | J | A | |
| 203. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 204. | | | | | Sold (part) | 12/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 206.  - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 207.  - Fidelity Advisor High Income Fd Cl I (FGTMX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 208.  - Fidelity Government Cash Reserves (FDRXX) | A | Dividend | J | T | Open | 01/31/19 | J | | |
| 209.  - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 210.  Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 211.  - Strategic Advisers Intl II Fund (FUSIX) | C | Dividend | L | T | Sold (part) | 12/31/19 | K | A | |
| 212.  - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Sold (part) | 01/31/19 | J | A | |
| 213. | | | | | Sold (part) | 06/26/19 | J | A | |
| 214. | | | | | Sold (part) | 12/31/19 | J | | |
| 215.  - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Sold (part) | 08/15/19 | J | | |
| 216. | | | | | Sold (part) | 12/31/19 | J | | |
| 217.  - Fidelity Select Natural Resources (FNARX) | | None | | | Sold (part) | 01/10/19 | J | | |
| 218. | | | | | Sold (part) | 01/17/19 | J | | |
| 219. | | | | | Sold (part) | 01/24/19 | J | | |
| 220. | | | | | Sold | 01/31/19 | J | A | |
| 221.  - Fidelity Advisor High Income Adv Cl I (FAHCX) | A | Dividend | | | Sold (part) | 02/11/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 05/13/19 | J | A | |
| 223. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 224. | | | | | Sold | 09/25/19 | J | B | |
| 225. - Fidelity Total Market Index Institutional Premium Cl Fund (FSKAX) | A | Dividend | K | T | Sold (part) | 12/31/19 | J | A | |
| 226. - Strategic Advisers Fidelity Emerging Markets (FGOMX) | A | Dividend | K | T | Buy (add'l) | 01/31/19 | J | | |
| 227. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 228. | | | | | Sold (part) | 09/25/19 | J | A | |
| 229. | | | | | Sold (part) | 12/31/19 | J | A | |
| 230. - Strategic Advisers Fidelity U.S. Total Stock (FCTDX) | D | Dividend | N | T | Sold (part) | 01/10/19 | J | | |
| 231. | | | | | Sold (part) | 03/06/19 | J | A | |
| 232. | | | | | Sold (part) | 08/15/19 | J | A | |
| 233. | | | | | Sold (part) | 12/09/19 | J | A | |
| 234. | | | | | Sold (part) | 12/31/19 | L | D | |
| 235. - Strategic Advisers Fidelity Core Income (FIWGX) | C | Dividend | M | T | Buy (add'l) | 01/10/19 | J | | |
| 236. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 237. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 238. | | | | | Buy (add'l) | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 08/26/19 | J | A | |
| 240. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 241. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 243. | | | | | Buy<br>(add'l) | 12/31/19 | L | | |
| 244.  - Fidelity SAI Inflation Focused Fd (FIFGX) | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 245. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 246. | | | | | Buy<br>(add'l) | 01/24/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 249. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 250. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 251. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 252.  - Fidelity Floating Rate High Income<br>(FFRHX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 253.  - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 254.  - Fidelity Capital & Income (FAGIX) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 255. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 257. | | | | | Sold<br>(part) | 12/31/19 | J | A | |
| 258. - Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 259. - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 260. - Fidelity Advisor High Income Fd Cl I (FGTMX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 261. - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 262. UBS Investment Account (H) | | | | | | | | | |
| 263. - General Electric Co. (GE) | A | Dividend | K | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 264. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 265. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 266. | | | | | Buy<br>(add'l) | 11/17/19 | J | | |
| 267. - Wabtec Inc. | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 268. Fidelity Rollover IRA #4 (H) | | | | | | | | | |
| 269. - Mgn Stnly Pvt I (QICNQ) | A | Interest | K | T | Open | 07/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 06/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  The descriptive names of investment funds reported to us are on occasion slighlty different than the ones used in the past, for the same stock ticker symbol entities.  For the most part, slight changes have been made without comment (such as uses of "Fund," "Index," or "ETF").  Any major changes to the names are identified below:

Line 19-- added "Mackay" to name.

Line 70-- added "Intrinsic" to name.

Line 73-- name changed to "Invesco Oppenheimer Developing Markets R6" on 05/28/19.

Line 102-- converted from Class Y to Class A stock on 04/10/19.

Line 126--opened cash account 12/11/18 to hold money pending fund purchases, inadvertently omitted from last year's report.

Line 140-- added "Scottsdale Fds" to name.

Line 143-- name changed to add "SSGA."

Line 149--added "Fidelity" to name.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544